**Order entered January 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01175-CR

**CHRISTOPHER GERALD PRICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1358588-J**

## ORDER

The Court **GRANTS** court reporter Kimberly Xavier's January 6, 2015 request for an extension of time to file the reporter's record. WE **ORDER** Ms. Xavier to file the complete reporter's record by **JANUARY 24, 2015**.

We note that the clerk's record does not contain a copy of the trial court's certification of appellant's right to appeal, nor did we separately receive it. A completed certification is required in every case in which the defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, official court reporter, Criminal District Court No. 3; and to counsel for all parties.

/s/      ADA BROWN
JUSTICE